# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0001. JAMIKA LESHAWNTE BRYANT v. MARCELLA CORTEZ REID**

Upon consideration of the emergency motion filed by Jamika Bryant on July 23, 2001, the motion is hereby DENIED. When the appeal is received by the Court, it will be decided upon on the merits of the case.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  07/23/2021*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*